1  Sung T. Kim (SBN 277052)
   ADVANCED DISABILITY ADVOCATES
2  3010 Wilshire Blvd. #516
   Los Angeles, CA 90010
3  Telephone: (310) 926-2519
   Facsimile:  (310) 634-1258
4  adadvocates@gmail.com

5  Attorneys for Plaintiff
   JOSE AMADOR JACOBO
6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 JOSE AMADOR JACOBO,                    **Case No.: 2:17-cv-03185-PA (AJWx)**

11          Plaintiff,

12     vs.                                **NOTICE OF VOLUNTARY
                                          DISMISSAL OF ENTIRE ACTION
13                                        WITH PREJUDICE**

14 RAPID GAS, INC. d/b/a 76 GAS
   STATION; and DOES 1 through 10
15 inclusive,

16          Defendants.

17

18

19     **PLEASE TAKE NOTICE** that Plaintiff JOSE AMADOR JACOBO ("Plaintiff")

20 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses

21 the entire action *with prejudice*, with each party being responsible for its own costs and

22 attorneys' fees, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides

23 in relevant part:

24     (a) **Voluntary Dismissal.**

25          (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

26                 and any applicable federal statute, the plaintiff may dismiss an action

27                 without a court order by filing:

28

                                          1

   **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1

2

(i)    A notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment.

3    Defendant Rapid Gas, Inc. d/b/a 76 Gas Station has neither answered Plaintiff's

4    Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be

5    dismissed without an Order of the Court.

6

7

Dated: August 17, 2017                    Respectfully submitted,

8

9                                          ADVANCED DISABILITY ADVOCATES

10

11

12                                         By:    _/s/ Sung T. Kim_____

13                                                Sung T. Kim, Esq.
                                                  Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**